UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 2 1 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) No.
vs. )
)
DOMINIQUE WHITFIELD, ) **4:15CR00031 RLW/NCC**
)
Defendant. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 7, 2014, in the City of St. Louis, within the Eastern District of Missouri,

**DOMINIQUE WHITFIELD,**

the Defendant herein, did knowingly possess a firearm; to wit, a shotgun with a barrel length of less than eighteen inches that was not registered to defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney